## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**GERALD GIBBONS**                                                                 **PLAINTIFF**

**v.**                                                     **CIVIL ACTION NO. 3:07CV-P697-S**

**KENTUCKY DEPARTMENT OF CORRECTIONS et al.**                **DEFENDANTS**

## <u>ORDER</u>

For the reasons set forth in the Memorandum Opinion entered this date, the motion to dismiss filed by Defendant Paige McGuire (DN 16) is **GRANTED**.  The claims against Defendant McGuire are **DISMISSED with prejudice**, and the Clerk of Court is directed to **terminate** her as a party to this action.

Defendant McGuire's motion to hold discovery in abeyance (DN 17) is **DENIED as moot**.

Date:

cc:     Plaintiff, *pro se*
        Defendants
        General Counsel, Justice and Public Safety Cabinet
4411.009